**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **MARK TATUM,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-91 (MTT) |
| **JENKINSBURG RECYCLING, LLC,** | ) |
| **Defendant.** | ) |

## ORDER

Default having been entered and the Court having heard evidence in open court on the Plaintiff's damages, the Court awards damages to the Plaintiff in the amount of $51,410, and awards costs to the Plaintiff in the amount of $415. The Plaintiff's Motion for Costs and Fees (Doc. 5), is **DENIED** as moot. Judgment shall be entered accordingly.

**SO ORDERED**, this the 4th day of August, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT