```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                         MACON DIVISION
```

MARK TATUM,                           *

    Plaintiff                    *
                                   Case Number 5:11-CV-91 (MTT)
vs.                                   *

JENKINSBURG RECYCLING, LLC,           *

    Defendant                    *

## J U D G M E N T

Pursuant to this Court's Order dated August 4, 2011, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $51,410.00 for damages and $415.00 for costs. These amounts shall accrue interest from the date of entry of judgment at the rate of 0.21% per annum until paid in full.

This 4th day of August, 2011.

                                         Gregory J. Leonard, Clerk

                                         S/ Denise C. Partee, Deputy Clerk

Approved by:

S/Marc T. Treadwell
_____
Marc T. Treadwell
United States District Judge